**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DALTON DONOVAN MILLER, | Case No. 5:26-cv-02461-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| MARKWAYNE MULLIN, Secretary of Homeland Security, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner Dalton Donovan Miller (A 043-721-663) from custody, subject to the terms of his 2016 Order of Supervision, and to return of all the property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from: (i) Re-detaining Petitioner without complying with all applicable statutes and regulations, including, without limitation, providing notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and

1

regulations either because Petitioner has violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of Immigration and Customs Enforcement ("ICE"); and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.  Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: June 18, 2026 _____      _____

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2